[No. 22451-8-II. Division Two. February 11, 2000.]

REG ENTERPRISES, INC., ET AL., *Respondents*, v. ANDERSON, BURROWS & GALBRAITH, INC., P.S., ET AL., *Defendants*, BILLY G. LIM, INC., ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 95-2-03177-5, George L. Wood, J., entered September 5, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Seinfeld, J., and Tollefson, J. Pro Tem.

[No. 22611-1-II. Division Two. February 11, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ANTONIO MORALES, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 97-1-01451-6, Terry D. Sebring, J., entered November 4, 1997. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Bridgewater, C.J., and Armstrong, J.

[No. 41133-1-I. Division One. February 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. JACQUELINE MONDIE, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 97-1-02541-5, Richard M. Ishikawa, J., entered July 7, 1997. *Reversed* by unpublished per curiam opinion.

[No. 41820-3-I. Division One. February 14, 2000.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT E. ANDERSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 97-1-00128-0, Paul D. Hansen and Larry E. McKeeman, JJ., entered October 22, 1997 and February 6, 1999. *Affirmed* by unpublished opinion per Webster, J., concurred in by Becker and Cox, JJ.